EXPRESSWAY ASSOCIATES II *v.* FRIENDLY ICE CREAM
CORPORATION OF CONNECTICUT

John Alan Sakon's petition for certification for appeal from the Appellate Court, 34 Conn. App. 543 (AC 11891), is denied.

*John Alan Sakon,* pro se, in support of the petition.

*William M. Champlin III,* in opposition.

Decided July 21, 1994

JOHN S. BAERST *v.* STATE BOARD OF
EDUCATION ET AL.

The petition of the defendant Board of Education of the town of New Canaan for certification for appeal from the Appellate Court, 34 Conn. App. 567 (AC 12224), is denied.

*Frank W. Murphy* and *Barbara L. Coughlan,* in support of the petition.

*David P. Burke,* in opposition.

Decided July 21, 1994

STATE OF CONNECTICUT *v.* JULIO ABREU

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 629 (AC 12323), is denied.

*Stephanie Hack Gordon,* special public defender, in support of the petition.

*Pamela S. Meotti,* deputy assistant state's attorney, in opposition.

Decided July 21, 1994